**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 25-2500**

─────────────

DARRION CLAY,

        Plaintiff - Appellant,

    v.

SCHNEIDER ELECTRIC INC.,

        Defendant - Appellee.

─────────────

Appeal from the United States District Court for the District of South Carolina, at Anderson.  Donald C. Coggins, Jr., District Judge.  (8:24-cv-07140-DCC)

─────────────

Submitted:  June 18, 2026                                    Decided:  June 23, 2026

─────────────

Before GREGORY and RUSHING, Circuit Judges, and KEENAN, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Darrion Clay, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darrion Clay appeals the district court's order denying Clay's motion for reconsideration of the court's prior order denying Clay's postjudgment motion for leave to file a second amended complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Clay v. Schneider Elec. Inc.*, No. 8:24-cv-07140-DCC (D.S.C. Oct. 16, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*